FILED

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0462

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0462

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                                              O R D E R

ERIC RAMIREZ,

Defendant and Appellant.

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is grant an extension to and including December 16, 2024, to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2024